1  JOSEPH SCHLESINGER, Bar #89424
   Acting Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARIO RABARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-CR-00262 LJO-SKO-1 |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| v. | ) | |
| MARIO RABARA, | ) | Date : June 10, 2013 |
| *Defendant.* | ) | Time: 8:30 a.m. |
| | ) | Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-referenced matter now scheduled for May 20, 2013, **may be continued to June 10, 2013, at 8:30 a.m.**

The reason for the request is Defendant was recently transferred to Lerdo from the Fresno County Jail. Defense counsel needs additional time to schedule Defendant on the Lerdo bus to review the PSR with Defendant, and timely request changes to the PSR if necessary. The requested continuance will allow for that to happen and will conserve time and resources for all parties and the court.

///
///
///
///
///

Because this is a sentencing hearing, no exclusion of time is necessary.

                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATED: April 25, 2013                       */s/ Kimberly A. Sanchez*
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       JOSEPH SCHLESINGER
                                       Acting Federal Defender

DATED: April 25, 2013                       /s/ Marc Days
                                       MARC DAYS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MARIO RABARA

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing in the above-captioned matter is hereby continued to June 10, 2013, at 8:30 a.m.

DATED: April <u>25</u>, 2013

                                       /s/ Lawrence J. O'Neill
                                       LAWRENCE J. O'NEILL, Judge
                                       United States District Court